UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV09-0961-DOC(RNBx) | Date | March 18, 2010 |
|---|---|---|---|

| Title | KAREN M. ROZIER -V- GMAC MORTGAGE LLC, ET. AL., |
|---|---|

Present: The Honorable    David O. Carter

| Kristee Hopkins | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers)    ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

On December 7, 2009, the Court granted as unopposed, Motion by Defendants GMAC Mortgage and Mortgage Electronic Registration Systems to Dismiss. Plaintiff was granted leave to amend and directed to file a First Amended Complaint. As of this date, plaintiff has failed to file a First Amended Complaint.

The Court hereby ORDERS plaintiff to show cause, in writing, not later than **March 31, 2010**, why this action should not be dismissed for lack of prosecution.

The matter will stand submitted upon plaintiff's written response.

:   00

Initials of Preparer    kh