# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | SA CV09-0961-DOC(RNBx) | Date June 24, 2010 |
| Title | KAREN M ROZIER V. GMAC MORTGAGE LLC ET AL | |

| Present: The Honorable | DAVID O. CARTER, United States District Judge | |
|---|---|---|
| Stephanie Mikhail | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| NONE | | NONE |

Proceedings:   (In Chambers)   ORDER SETTING ORDER TO SHOW CAUSE RE: DISMISSAL

    An order to show cause was issued on March 19, 2010.  Plaintiff file a written responded on March 30, 2010 however, thus far, an amended complaint has not been filed in this action.  Accordingly, this matter is now set for an Order to Show Cause Hearing re: Dismissal on **July 6, 2010 at 8:30 a.m.**, to determine why this case should not be dismissed for lack of prosecution.  All counsel and/or parties are ordered to personally appear at that date and time.  This matter will be deemed submitted and the hearing vacated should plaintiff file an amended complaint on or before **July 1, 2010.**

    The Clerk shall serve this minute order on counsel for all parties in this action.

|   |   : 0 |
|---|---|
|   | Initials of Preparer   sdm |